## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL NO.**_____ |
| v. | : | **DATE FILED:**_____ |
| ERIC PIZZO | : | **VIOLATIONS:** |
| | | **21 U.S.C. § 841(a)(1) (distribution of 50** |
| | : | **grams or more of methamphetamine – 1** |
| | | **count)** |
| | : | **21 U.S.C. § 841(a)(1) (possession with** |
| | | **intent to distribute 50 grams or more of** |
| | : | **methamphetamine – 1 count)** |
| | | **Notice of forfeiture** |

### INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1.    On or about August 31, 2018, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### ERIC PIZZO

knowingly and intentionally distributed 50 grams or more, that is, approximately 835.6 grams of

methamphetamine, a Schedule II controlled substance.

2.    Before the defendant committed the offense charged in this count, the defendant

committed the offenses of possession with intent to deliver a controlled substance, in violation of

35 Pa.C.S.A. § 780-113 (A30), and criminal conspiracy, in violation of 18 Pa.C.S.A. § 903 (A1),

serious drug felonies, for which he served more than 12 months of imprisonment and for which

he was released from serving any term of imprisonment related to that offense within 15 years of

the commencement of the offense charged in this count.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

     1.     On or about On September 13, 2018, in Philadelphia, in the Eastern District of Pennsylvania, defendant

### ERIC PIZZO

knowingly and intentionally possessed with intent to distribute 50 grams or more, that is, approximately 1,727.1 grams of methamphetamine, a Schedule II controlled substance.

     2.     Before the defendant committed the offense charged in this count, the defendant committed the offenses of possession with intent to deliver a controlled substance, in violation of 35 Pa.C.S.A. § 780-113 (A30), and criminal conspiracy, in violation of 18 Pa.C.S.A. § 903 (A1), serious drug felonies, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the offense charged in this count.

     In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A).

## <u>NOTICE OF FORFEITURE</u>

**THE GRAND JURY FURTHER CHARGES THAT:**

1.     As a result of the violations of Title 21, United States Code, Section 841, set forth in this indictment, defendant

### **ERIC PIZZO**

shall forfeit to the United States of America:

a.     Any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, including the following

b.     Any property constituting, or derived from, proceeds obtained directly or indirectly from the commission of such offense, including the following: $5,000 U.S. currency.

2.     If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

a.     cannot be located upon the exercise of due diligence;

b.     has been transferred or sold to, or deposited with, a third party;

c.     has been placed beyond the jurisdiction of the Court;

d.     has been substantially diminished in value; or

e.     has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

**A TRUE BILL:**

_____

**FOREPERSON**

**WILLIAM M. MCSWAIN**
**United States Attorney**

4